## ATTORNEY'S AFFIRMATION OF SERVICE

SHARON B. MORELAND, an attorney duly admitted to practice before this Honorable Court affirms the truth of the following statements under penalty of perjury:

1. I am not a party to this action; I am over 18 years of age and I reside in Westfield, New Jersey.

2. On October 31, 2007, I served the within Answer with Jury Demand by facsimile transmission and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to each of the following persons at the last known address set forth after each name:

> Philip J. Sporn & Associates
> 664 Morris Park Avenue
> Bronx, New York 10462

Dated:   New York, New York
         November 2, 2007

_____
SHARON B. MORELAND