```
USDC SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   CIVIL ACTION NO.: 07 civ 9576 (SAS)
FELICIA P. CURIA

        Plaintiffs,

-against-

                **SCHEDULING ORDER**

REX D. MANDEL and MANDEL EXPRESS,      **Conference Date: 12/7/07**

        Defendant.
------------------------------------------------------------X

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on November 16, 2007 (the "Order"); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    The date of the conference and the appearances for the parties:

December 7, 2007

**On behalf of the plaintiff, Felica P. Curia:**
Robert DiGianni, Esq.
Philip J. Sporn & Associates
664 Morris Park Avenue
Bronx, New York 10462

**On behalf of the defendants Rex D. Mandel and Mandel Express:**
Eric B. Schoenfeld, Esq.
Schoenfeld Moreland, P.C.
61 Broadway
18th Floor
New York, New York 10006

(2)    A concise statement of the issues as they appear:

This matter involves a motor vehicle accident between the plaintiff and the defendant, wherein the plaintiff alleges personal injuries.

(3)    A schedule including:

    (a)    the names of the persons to be deposed and a schedule of planned depositions:

        The plaintiff, Felicia P. Curia;
        The defendant, Rex Mandel;

       Depositions of parties to be completed by February 7, 2008.

 (b) a schedule for the production of documents:

     All documents to be produced by December 24, 2007;

 (c) dates by which:

  (i) each expert's reports will be supplied to the adverse side;

    Plaintiff will supply all expert's reports by February 1, 2008;
    Defendants will supply all expert's reports by February 22, 2008;

  (ii) each expert's deposition will be completed:

    Non-expert depositions to be completed by February 7, 2008;
    Expert depositions to be completed by March 14, 2008;

 (d) time when discovery is to be completed:

    Discovery to be completed by April 1, 2008;

 (e) the date by which plaintiff will supply its pre-trial order matters to defendant:

    By April 14, 2008;

 (f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial;

    By May 21, 2008; [handwritten: April 28, 2008]

 (g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filed by the Court at the conference:

    [handwritten: 4/9 at 4:30]

(4) A statement of any limitations to be placed on discovery, including any protective or confidentiality orders:

   None known by either party.

(5) A statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement:

   None at this time.

(6) Anticipated fields of expert testimony, if any:

   **Plaintiff:** Medical expert(s) and accident reconstruction expert(s);
   **Defendants:** Medical expert(s) and accident reconstruction expert(s).

(7) Anticipated length of trial and whether to court or jury:

Jury trial: five days combined.

(8) This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

(9) Philip J. Sporn & Associates
664 Morris Park Avenue
Bronx, New York 10462
(718) 828-4166
(718) 282-4165 (fax)
Counsel for Plaintiff
Felicia P. Curia

by: _____
ROBERT DIGIANNI, ESQ.

Schoenfeld Moreland, P.C.
61 Broadway, 18th Floor
New York, New York 10006
(212) 509-0500
(212) 363-2909
Counsel for Defendants
Rex D. Mandel and Mandel Express

by: _____
ERIC B. SCHOENFELD, ESQ.

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

12/7/07