UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK               X
------------------------------------------------------------
                                            :
        Curia                               :
                                            :
           v                                :
                                            :
        Mandel                              :
                                            :
                                            X
------------------------------------------------------------

                                            12/10/07

                            ORDER OF REFERENCE
                            TO A MAGISTRATE JUDGE

                            07 Civ. 9576 (SAS)

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

     _____
     _____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓   Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose: _____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion: _____

     All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        Dec 7, 2007

                            _____
                            United States District Judge

*put so little January would be best.*
*Thanks*