UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
  :
FELICIA P. CURIA,
  :        ORDER OF
            Plaintiff,         DISCONTINUANCE
  :
      -against-          07 Civ. 9576 (SAS)
  :
REX D. MANDEL, et al.,
  :
           Defendants.
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/08

SHIRA A. SCHEINDLIN, U.S.D.J.:

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
        March 6, 2008

## - Appearances -

**For Plaintiff:**

Robert DiGianni, Esq.
Philip J. Sporn & Associates
664 Morris Park Avenue
Bronx, New York 10462
(718) 828-4166

**For Defendants:**

Eric B. Schoenfeld, Esq.
Schoenfeld Moreland, P.C.
61 Broadway, 18th Floor
New York, New York 10006
(212) 509-0500