Scheindlin, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FELICIA P. CURIA

        Plaintiff,

-against-

REX D. MANDEL and MANDEL EXPRESS,

        Defendants.
------------------------------------------------------------x

CIVIL ACTION NO.: 07 civ 9576 (SAS)

STIPULATION OF DISCONTINUANCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for plaintiff FELICIA P. CURIA and defendants REX D. MANDEL and MANDEL EXPRESS that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      March 6, 2008

_____
ROBERT DIGIANNI, ESQ. PHILIP J. SPORN
Philip J. Sporn & Associates (PJS 7510)
Attorneys for Plaintiff
FELICIA P. CURIA
664 Morris Park Avenue
Bronx, New York 10462
718.828.9100

_____
JEFF R. THOMAS, ESQ. (JT0787)
Schoenfeld Moreland, P.C.
Attorneys for Defendants
REX D. MANDEL and MANDEL EXPRESS
61 Broadway, 18th floor
New York, New York 10006
212.509.0500
Our File No.: GWC-3727-DN1

SO ORDERED:

_____
U.S.D.J.

Shira A. Scheindlin, USDJ

Date: 3/28/2008